Eastern District of Kentucky
**FILED**

MAR 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### PIKEVILLE

CRIMINAL ACTION NO. 7:25-616-DLB

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                          MOTION OF UNITED STATES
                       FOR ISSUANCE OF ARREST WARRANT

JUSTIN BRYANT                                               DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of

the Defendant, **JUSTIN BRYANT,** returnable forthwith.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By: _____
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd.  Suite 200
London, KY  40741
(606) 330-4838
Andrew.Trimble@usdoj.gov