**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**
**CRIMINAL MINUTES**

Case No. **7:25-CR-16-DLB-EBA-1**　　At: Ashland　　Date: April 9, 2025

**USA v. JUSTIN BRYANT**　　X present　　X custody　　___ bond　　___ OR　　Age: ___

DOCKET ENTRY: The matter was called for initial appearance and arraignment with counsel and defendant present as noted. United States Probation Officer Travis O'Bryan was also present.

Pursuant to Rule 5(f), the Court orders and emphasizes the prosecution's disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Due process requires that the United States affirmatively disclose to a defendant all favorable evidence within its control, including exculpatory proof impacting a witness's credibility, where the evidence is material either to guilt or to punishment such that its suppression undermines confidence in the proceeding's outcome. The possible consequences of a violation of this disclosure obligation include, without limitation, an adverse jury instruction, dismissal of charges, contempt proceedings, and/or a new trial.

The Court confirmed, by representation from the AUSA, that the United States is aware of and fulfilling its obligation to see that any crime victim(s) are notified of, and accorded, the rights provided by 18 U.S.C. 3771(a).

The Court finds the United States oral motion for Detention is properly made and is hereby GRANTED. The Defendant is currently in custody and not a candidate for release. The defendant waived timing on the issue of detention reserving the right to move for a Detention Hearing at a later date, if applicable. Therefore, the defendant shall remain in custody pending further Order of the Court.

The oral motion of the Defendant for detention at the Pike County Detention Center rather than the Boyd County Detention Center for the purpose of easy access for meetings with defendant and attorney IS GRANTED and the Defendant shall be remanded to the Pike County Detention Center.

**PRESENT:　　HON. EDWARD B. ATKINS**

Assistant U.S. Attorney: ANDREW H. TRIMBLE, AUSA

Counsel for Deft: SEBASTIAN M. JOY　　X present　　X retained　　___ appointed

I, Janet Solomon, do hereby CERTIFY that the original proceeding of this matter is an audio file at: KYED-ASH__7-25-cr-16-DLB-EBA_20250409_110151

**PROCEEDINGS: INITIAL APPEARANCE and ARRAIGNMENT**

　　X　　Copy of Indictment previously given to Defendant.

　　X　　Defendant states true name is Justin Bryant.

　　X　　The Defendant waived formal arraignment. The Court advised the Defendant of the charges and possible penalties.

　　X　　Defendant advised of Constitutional Rights pursuant to Rule 5, F.R.Cr.P.

| | |
|---|---|
| __X__ | Defendant pleads: ___ Guilty to Count(s) ___ __X__ Not guilty to the charges contained in the Indictment. |
| __X__ | Pretrial Motions are to be filed pursuant to the Court's pretrial order to be entered. |
| __X__ | Assigned for **Final Pretrial Conference on June 6, 2025 at 2:00 p.m.** in Ashland, Ky before Honorable David L. Bunning. |
| __X__ | Assigned for **Jury Trial on Monday, June 16, 2025, at 9:00 am. in Ashland, KY,** with counsel present at 8:30 a.m. before the Honorable David L. Bunning. The United States estimates three (3) for trial. |
| __X__ | Defendant remanded to the custody of the USMS pending further Orders of the Court. |



Signed By:
*Edward B. Atkins*  EBA
United States Magistrate Judge

CC: COR, USM, USPO
TIC: 0/07